AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ROBERT LLOYD BUTTERFIELD,

    Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-CV-00632-LRH-VPC**

DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIOS, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY.**
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

   December 22, 2009                **LANCE S. WILSON**
                                                         Clerk

                                                             /s/ D. R. Morgan
                                                              Deputy Clerk